446 A.2d 676

White, Jr., Appellant v. Aetna Casualty & Surety Co., Pennsylvania Trial Lawyers Association (Participating Party) Pennsylvania Defense Institute (Participating Party).

Petition for Allowance of Appeal Denied Jan. 4, 1983.

Argued September 9, 1980. Edwin P. Smith, for appellant; David F. Kaliner, for Aetna, appellee; Richard C. Angino, for Pennsylvania Trial Lawyers, participating party; Charles Roessing, for Pennsylvania Defense, participating party.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.